FILED:  May 28, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1939 (L)
(1:24-cv-01557-MJM)

_____

ABBVIE, INC., (a Delaware corporation); ALLERGAN, INC., (a Delaware
corporation); DURATA THERAPEUTICS, INC., (a Delaware corporation);
ABBVIE PRODUCTS LLC, (a Georgia limited liability company); APTALIS
PHARMA US, INC., (a Delaware corporation); PHARMACYCLICS LLC;
ALLERGAN SALES, LLC, (a Delaware limited liability company)

          Plaintiffs - Appellants

 and

NOVARTIS PHARMACEUTICALS CORPORATION; PHARMACEUTICAL
RESEARCH AND MANUFACTURERS OF AMERICA; ASTRAZENECA
PHARMACEUTICALS LP

          Plaintiffs

v.

ANTHONY G. BROWN, in his official capacity as Attorney General of the State
of Maryland; KRISTOPHER RUSINKO, in his official capacity as Board
President of the Maryland Board of Pharmacy; DAPHANIE ROBINSON, in her
official capacity as a member of the Maryland Board of Pharmacy; ADETORO
ORIAIFO, in his official capacity as a member of the Maryland Board of
Pharmacy; KRISTEN FINK, in her official capacity as a member of the Maryland
Board of Pharmacy; KAREN SLAGLE, in her official capacity as a member of
the Maryland Board of Pharmacy; BRENDA OLIVER, in her official capacity as
a member of the Maryland Board of Pharmacy; KARLA EVANS, in her official
capacity as a member of the Maryland Board of Pharmacy; JAVIER VAZQUEZ,
in his official capacity as a member of the Maryland Board of Pharmacy; AKESH
PATEL, in his official capacity as a member of the Maryland Board of Pharmacy;

KEVIN MORGAN, in his official capacity as a member of the Maryland Board of Pharmacy; JENNIFER HARDESTY, in her official capacity as a member of the Maryland Board of Pharmacy; PEGGY GLASCOE GEIGHER, in her official capacity as a member of the Maryland Board of Pharmacy; NEIL LEIKACH, in his official capacity as a member of the Maryland Board of Pharmacy; MARYLAND BOARD OF PHARMACY/PRESIDENT

        Defendants - Appellees

--------------------------------

AMERICAN HOSPITAL ASSOCIATION; MARYLAND HOSPITAL ASSOCIATION; MID-ATLANTIC ASSOCIATION OF COMMUNITY HEALTH CENTERS; 340B HEALTH; AMERICAN SOCIETY OF HEALTH-SYSTEM PHARMACISTS

        Amici Supporting Appellees

_____

O R D E R

_____

A majority of judges in regular active service and not disqualified having voted in a requested poll of the court to grant the petition for rehearing en banc,

IT IS ORDERED that rehearing en banc is granted.

The parties shall file 16 additional paper copies of their briefs and appendices previously filed in this case within 10 days.

This case is scheduled for oral argument at the next available court session.

        For the Court

        /s/ Nwamaka Anowi, Clerk